IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DORA MOYA, Personal Representative
of the Estate of Ernest Moya,
and DORA MOYA, Individually,
       Plaintiff,
v.                                                              1:14-CV-01060-WJ-SCY

THE UNITED STATES OF AMERICA,
FIRST CHOICE COMMUNITY HEALTHCARE, INC.
ROBERT DEFELICE, Individually,
and DR. LETITIA CLIFFORD, Individually,
       Defendants,

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff in this matter and hereby gives notice of her voluntary dismissal of this matter pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Plaintiff states as the basis of this Notice that the parties have satisfactorily resolved all issues between them. Specifically, the parties reached a settlement agreement as to Count II (Medical Malpratice) and Count III (Wrongful Death) of the Plaintiff's Complaint as to damages alleged in those counts only (loss of chance of life, pain and suffering, and emotional distress). Pursuant to the agreement and satisfaction of the settlement, the Plaintiff hereby dismisses all claims in this action with prejudice.

The Defendants stipulate and agree to this Notice of Voluntary Dismissal.

*/s/ Mitchel S. Burns*                        */s/ Jennifer Olson*
Mitchel S. Burns for Plaintiff             Jennifer Olson for Plaintiff

*/s/ Erin Langenwalter*
Erin Langenwalter for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means.

The United States of America
Erin E. Langenwalter
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Phone (505) 346-7274 Fax (505) 346-7205
Erin.Langenwalter@usdoj.gov

/s/ Mitchel S. Burns
Mitchel S. Burns
Attorney for Plaintiffs